UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number: 18-10202-CIV-MARTINEZ-OTAZO-REYES

ANDREW SHABSHELOWITZ and
LAURETTE SHABSHELOWITZ,

    Plaintiffs,

vs.

OLD DOMINION INSURANCE COMPANY,
et al.

    Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon the Order Granting Defendant's Summary Judgment, [ECF No. 112]. Pursuant to Federal Rules of Civil Procedure 56 and 58, it is hereby:

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Old Dominion Insurance Company, the last remaining Defendant in this matter. Plaintiffs shall take nothing from Defendant, and the action is **DISMISSED** on the merits.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of December, 2020.

                                                    _____
                                                  JOSE E. MARTINEZ
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record
Andrew and Laurette Shabshelowitz, *pro se*